CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 0 3 2011

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| LAWRENCE JOHNSON, | ) |
| | ) Civil Action No. 7:09cv00165 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) **ORDER** |
| TERRY O'BRIEN, et al., | ) |
| | ) By: Hon. James C. Turk |
| Defendants. | ) Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that Defendants' Motion to Dismiss and Motion for Summary Judgment (Dkt. No. 55) is **GRANTED in part and DENIED in part.** Defendant's motion is **DENIED** with regard to Johnson's claim of excessive force against Officers Taylor and Welch arising from the September 21, 2007, incident, and that claim is allowed to proceed. All of Johnson's remaining claims, are **DISMISSED.** The parties may participate in any future hearings or trials in this case by video conferencing as far as practicable.

The Clerk of Court is directed to send a copy of this Order and accompanying Memorandum Opinion to Plaintiff and counsel of record for Defendants.

ENTER: This _3rd_ day of January, 2011.

_/s/ James C. Turk_
Senior United States District Judge