CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 12 2012

JULIA C. DUDLEY, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| LAWRENCE JOHNSON, | Case No. 7:09-cv-165 |
| Plaintiff, | **FINAL ORDER** |
| v. | |
| TERRY O'BRIEN, et al. | By: James C. Turk |
| | Senior United States District Judge |
| Defendants. | |

This case having been tried by a jury in the Big Stone Gap Division, and verdicts having been returned in favor of Defendant Timothy Taylor and Defendant William Welch, it is hereby

**ADJUDGED AND ORDERED**

that Plaintiff's Motion for Judgment as a Matter of Law or a New Trial (ECF No. 250) is **DENIED**. The Plaintiff shall recover nothing from any Defendant in this case.

In accordance with the jury's verdict and this Order, the Clerk is **DIRECTED** to enter judgment in favor of Defendants Timothy Taylor and William Welch, and to strike this case from the Court's active docket.

The Clerk shall send a copy of this Order and accompanying Memorandum Opinion to the *pro se* Plaintiff and counsel of record for the Defendants.

**IT IS SO ORDERED.**

ENTER: This 12th day of January, 2012.

_James C. Turk_
Senior United States District Judge